UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMILE BAIR,

                Plaintiff,

v.

ROSE TOWNSHIP,

                Defendant.

_____/

Case No. 2:19-cv-10170

HONORABLE STEPHEN J. MURPHY, III

## **STIPULATED ORDER OF DISMISSING CASE WITH PREJUDICE**

This matter having come before the Court upon the stipulation of the parties hereto, and the Court being otherwise fully advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED that all claims asserted by Plaintiff, Emile Bair, against Defendant, Rose Township, be, and the same hereby are, dismissed with prejudice and without costs, interest, or attorney fees awarded to either party.

**SO ORDERED.**

                s/ Stephen J. Murphy, III
                STEPHEN J. MURPHY, III
                United States District Judge

Dated: July 3, 2019

Approved as to form, content and for entry:

/S/ SCOTT P. BATEY
Attorney for Plaintiff

/S/ROBERT J. SEIBERT
Attorney for Defendant